

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-CR-127-RFB |
| Plaintiff, | |
| v. | Preliminary Order of Forfeiture |
| BRIAN SUMMERS, | |
| Defendant. | |

This Court finds that defendant Brian Summers pled guilty to Count One of an Eighty-One-Count Superseding Indictment charging him with Conspiracy to Commit Mail and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, and 1349. Superseding Indictment, ECF No. 5; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant Brian Summers agreed to the imposition of the in personam criminal forfeiture money judgment of $1,500,000 set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Superseding Indictment, held jointly and severally liable with any codefendants. Superseding Indictment, ECF No. 5; Bill of Particulars, ECF No. 184; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

The in personam criminal forfeiture money judgment is any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Sections 1341 and 1343, specified unlawful activities as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B), or Title 18, United States Code, Section 1349, conspiracy to commit such offenses, and is subject to forfeiture pursuant to Title 18, United

States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853(p).

This Court finds that Brian Summers shall pay an in personam criminal forfeiture money judgment of $1,500,000 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Brian Summers an in personam criminal forfeiture money judgment of $1,500,000.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 3rd day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE